# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CRIMINAL ACTION NO. 3:20-CR-00423-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| NADARIAN CONNOR, | |
| Defendant. | |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss (Doc. No. 34) the Indictment (Doc. No. 3) as to Defendant Nadarian Connor pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The Court **GRANTS** the Government's Motion.

**IT IS THEREFORE ORDERED** that the Indictment (Doc. No. 3) be **DISMISSED** as to Defendant Nadarian Connor.

**SO ORDERED.**

Signed: March 3, 2022

Kenneth D. Bell
United States District Judge